

APPEARANCE FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: LINDSAY JENKINS
(Please print)

STREET ADDRESS: 300 Burns Street

CITY/STATE/ZIP: Forest Hills, NY 11375

PHONE NUMBER: (888) 552-2194

CASE NUMBER: 08CV2874
JUDGE GETTLEMAN
MAG. JUDGE MASON

Signature

Date: May 16, 2008

FILED
MAY 16 2008 TC
MAY 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT