08-005018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Washington Mutual Bank f/k/a Washington Mutual Bank, FA<br>PLAINTIFF,<br><br>-vs-<br><br>Lindsay Jenkins; 30 East Huron Condominium Association; Unknown Owners and Non-Record Claimants<br><br>DEFENDANTS | NO. 08 C 2874<br><br>Judge Gettleman |

## MOTION TO REMAND CASE BACK TO STATE COURT

Now comes the Plaintiff, Washington Mutual Bank f/k/a Washington Mutual Bank, FA (hereinafter "Plaintiff"), by and through its attorneys, Fisher and Shapiro, LLC, and moves this Court pursuant to 28 USC §1447(c), for an Order remanding this case back to the Circuit Court of Cook County, Illinois, County Department, Chancery Division, and in support thereof states as follows:

1. On April 17, 2008, Plaintiff filed a Complaint to Foreclose Mortgage, case number 08 CH 14301, in the Circuit Court of Cook County, Illinois, County Department, Chancery Division, naming Lindsay Jenkins, 30 East Huron Condominium Association and Unknown Owners and Non-Record Claimants as defendants.

2. On May 16, 2008, Defendant Lindsay Jenkins filed a Notice of Removal of this case to the United States District Court for the Northern District of Illinois, Eastern Division, on the basis that this Court has jurisdiction resulting from diversity of citizenship. (Notice of Removal, para. 2).

3. Pursuant to the Supreme Court Rules, diversity of citizenship is obtained when the matter in controversy exceeds $75,000.00 and is between citizens of different states. 28 USC §1332(a)(1).

4. Since the residency of Defendants "Unknown Owners and Non-Record Claimants" cannot be ascertained, it is impossible to determine whether there is diversity of citizenship.

5. As a result, this Honorable Court lacks jurisdiction over this action.

WHEREFORE, Plaintiff Washington Mutual Bank f/k/a Washington Mutual Bank, FA, respectfully requests that this Honorable Court enter an Order pursuant to 28 USC §1447(c), remanding this case back to the Circuit Court of Cook County, Illinois, County Department, Chancery Division, and for any further relief as this Court deems reasonable and just.

Respectfully submitted,

Washington Mutual Bank f/k/a
Washington Mutual Bank, FA

S/Randal Scott Berg
Randal Scott Berg Bar Number 6277119
Attorney for Plaintiff
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL  60062
Telephone: (847) 770-4348
Fax: (847) 770-4398
E-Mail: rberg@fisherandshapiro.com