08-005018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Washington Mutual Bank f/k/a Washington Mutual Bank, FA<br><br>PLAINTIFF,<br><br>-vs-<br><br>Lindsay Jenkins; 30 East Huron Condominium Association; Unknown Owners and Non-Record Claimants<br>DEFENDANTS | NO. 08 C 2874<br><br>Judge Gettleman<br><br>This is an attempt to collect a debt and any information obtained shall be used for that purpose. |

**NOTICE OF MOTION**

TO: -Lindsay Jenkins, 30 East Huron Street, Unit 4406, Chicago, IL 60611
-Lindsay Jenkins, 300 Burns Street, Forest Hills, NY 11375
-30 East Huron Condominium Association, C/O Susan Schatz, 30 East Huron Street, Chicago, IL 60611
-Unknown Owners and Non-Record Claimants, 30 East Huron Street, Unit 4406, Chicago, IL 60611

On June 12, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Robert W. Gettleman, Courtroom 1703, or any other Judge presiding in his place in the United States Federal Courthouse, located at 219 South Dearborn Street, Chicago, IL 60604, and shall then present Plaintiff's Motion to Remand Case Back to State Court.

Respectfully submitted,

Washington Mutual Bank f/k/a Washington Mutual Bank, FA

S/Randal Scott Berg
Randal Scott Berg Bar Number 6277119
Attorney for Plaintiff
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062
Telephone: (847) 770-4348
Fax: (847) 770-4398
E-Mail: rberg@fisherandshapiro.com

## CERTIFICATE OF SERVICE BY MAIL

I, the undersigned, an attorney certify that I electronically filed the Notice of Motion and copies of the Motion to Remand Case Back to State Court with the Clerk of the Court using the CM/ECF system on June 4, 2008 and I hereby certify that I have mailed this Notice of Motion and copies of the Motion to Remand Case Back to State Court on June 4, 2008 to the above named parties at the addresses listed above, depositing same in the U.S. mail facility at 4201 Lake Cook Road, Northbrook, IL 60062 before 5:00 p.m.

S/Randal Scott Berg
Randal Scott Berg Bar Number 6277119
Attorney for Plaintiff
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL 60062
Telephone: (847) 770-4348
Fax: (847) 770-4398
E-Mail: rberg@fisherandshapiro.com