

```
              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION
```

```
                                        F I L E D
                                       JUN 1 1 2008  YM
                                       Jun 11, 2008
                                       MICHAEL W. DOBBINS
WASHINGTON MUTUAL BANK     )           CLERK, U.S. DISTRICT COURT
                           )
         Plaintiff,        )
                           )
    vs.                    )   No 08 C 2874
                           )
LINDSAY JENKINS, ET AL.,   )   Judge Gettleman
                           )
         Defendants.       )
```

### CROSS-MOTION TO CONTINUE MOTION

### AND TO BE HEARD BY TELEPHONE

Defendant Lindsay Jenkins moves the Court to continue the "Motion to Remand" on the following rounds:

1. The Plaintiff's Motion was purportedly mailed to Defendant on June 4, 2008 in suburban Chicago. The Notice was received by Plaintiff by regular mail in New York on June 10, 2008. June 10 is obviously inadequate notice for a hearing set for June 12, 2008.

2. Although Defendant's documents manifest a willingness to accept service by fax up to 10 pages, Plaintiff's counsel, in an apparent attempt to be heard <u>ex parte</u>, made no attempt to serve

by fax. This "sharp" type of procedure is typical of the abusive manner with which Washington Mutual deals with its clients.

3. This lawsuit is utterly fraudulent, malicious and scurrilous and is being filed by a law firm that is part of the "foreclosure industry" that files frivolous foreclosure lawsuits to harass legitimate borrowers.

4. Defendant needs time to prepare a written response to this inappropriate and fraudulent motion. This lawsuit involves one lender and one borrower. For counsel to name "unknown parties" and then claim that these bogus parties are basis to defeat federal removal jurisdiction is the clearest form of bad faith and abuse of the judicial process.

5. Because Defendant is currently writing a new book and is out of state, and traveling out of the United States as well, she asks to be heard by telephone.

6. Defendant herein (Jenkins) will be suing Washington Mutual on Wednesday, June 11th in the U. S. District Court for the Western District of Washington. Once that case is docketed, Defendant Jenkins will move to consolidate all litigation in Washington Mutual's home state. Plaintiff has very serous and substantial claims against Washington Mutual, and will present them in an orderly and appropriate manner. This present lawsuit was filed in violation of federal statutes, and should be heard in conjunction with Plaintiff's detailed claims against Washington Mutual.

Dated: June 10, 2008

                          Respectfully submitted,

                          LINDSAY JENKINS
                          300 Burns Street
                          Forest Hills, NY 11375
                          Tel. (888) 552-2194
                          Fax  (888) 696-3799
                          (not to exceed 10 pp. fax)


## CERTIFICATE OF SERVICE

    I certify I have served opposing counsel, Fisher and Shapiro, 4201 Lake Cook Road, Northbrook, IL 60062 via fax to (847) 291-3434 on June 10, 2008.

                          LINDSAY JENKINS