

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**FILED**

JUN 1 1 2008  YM
Jun 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | | |
|---|---|---|
| WASHINGTON MUTUAL BANK | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No 08 C 2874 |
| | ) | |
| LINDSAY JENKINS, ET AL., | ) | Judge Gettleman |
| | ) | |
| Defendants. | ) | |

### AMENDED NOTICE OF REMOVAL

Defendant Lindsay Jenkins and all related "defendants" hereby remove the above-encaptioned action pursuant to 28 USC § 1446 from the Circuit Court of Cook County, Illinois to the Northern District of Illinois on the following rounds:

1. The above-encaptioned action was commenced in an Illinois state court. This Notice of Removal is filed less than 30 days from the date of service of process on any defendant. Attached hereto are the summons and pleadings reflecting the relevant time line.

2. There is complete diversity of citizenship between the parties and jurisdiction is therefore lawful and proper in this Court pursuant to 28 USC § 1332. Defendant is a citizen of the

State of Florida, and she is the only real party in interest. The other defendants are nominal or nonexistent defendants that have apparently been named by the Plaintiff to confuse the Court. Plaintiff is a citizen of Washington State. Because Defendant is the only real party in interest, and Plaintiff is a citizen of Washington State, this Court has jurisdiction.

    3 The amount in controversy substantially exceeds $75,000 exclusive of interest and costs.

    4. Defendants will serve written notice of this removal on the state court once the case is docketed in this court.

Dated: June 10, 2008

                                    Respectfully submitted,

                                    *[signature]*

                                    LINDSAY JENKINS
                                    300 Burns Street
                                    Forest Hills, NY 11375
                                    Tel. (888) 552-2194
                                    Fax  (888) 696-3799
                                    (not to exceed 10 pp. fax)


## CERTIFICATE OF SERVICE

    I certify I have served opposing counsel, Fisher and Shapiro, 4201 Lake Cook Road, Northbrook, IL 60062 via fax to (847) 291-3434 on June 10, 2008.

                                    *[signature]*

                                    LINDSAY JENKINS