# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert W. Gettleman | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2874 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Washington Mutual Bank    vs    Lindsay Jenkins, et al | | |

**DOCKET ENTRY TEXT:**

Defendant's cross-motion [8] to continue motion and to be heard by telephone is denied.
Defendant's cross-motion [7] for sanctions is denied as premature.

[Docketing to mail notice]

00:00

| | Courtroom Deputy | GDS |
|---|---|---|