## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2874 | **DATE** | 7/17/2008 |
| **CASE TITLE** | Washington Mutual Bank vs. Lindsay Jenkins; 30 East Huron Condominium Association; Unknown Owners and Non-Record Claimants | | |

**DOCKET ENTRY TEXT**

Plaintiff's motion to remand is denied. Defendant is ordered to answer or otherwise plead to the complaint on or before August 8, 2008.

■ [ For further details see text below.]

Docketing to mail notices.

### STATEMENT

Plaintiff Washington Mutual Bank brought a complaint to foreclose mortgage in the Circuit Court of Cook County, Illinois, naming defendant Lindsay Jenkins, 30 East Huron Condominium Association and Unknown Owners and Non-Record Claimants as defendants. Defendant Jenkins removed the action to this court on the basis of diversity of citizenship, 28 U.S.C. § 1332. Plaintiff moved to remand the action back to the state court. Prior to the presentment of plaintiff's motion, defendant filed a "cross-motion" for sanctions arguing that the motion to remand was frivolous. The court ordered defendant to respond to the remand motion by July 11, 2008, and denied the motion for sanctions as premature. Defendant failed to respond to the motion to remand, but despite this failure, the motion is denied.

Plaintiff argues that because the residency of defendants "Unknown Owners and Non-Record Claimants" cannot be ascertained, it is impossible to determine whether there is complete diversity of citizenship and, therefore, the court lacks subject matter jurisdiction. Plaintiff is incorrect. 28 U.S.C. § 1441(a) specifically provides that for purposes of a removal, the citizenship of defendants sued under fictitious names shall be disregarded. Because the naming of Unknown Owners and Non-Record Claimants does not destroy diversity, plaintiff's motion to remand is denied. Defendant is ordered to answer or otherwise plead to the complaint on or before August 8, 2008.

| | Courtroom Deputy Initials: | GS |
|---|---|---|