Fisher and Shapiro, LLC
File # 08-005018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Washington Mutual Bank f/k/a Washington Mutual Bank, F.A., PLAINTIFF, <br><br> -vs- <br><br> Lindsay Jenkins, et al. DEFENDANTS | NO. 08 C 2874 <br><br> Judge Robert W. Gettleman |

MOTION FOR ORDER OF DEFAULT

Now comes the Plaintiff, Washington Mutual Bank f/k/a Washington Mutual Bank, F.A., by and through its attorneys Fisher and Shapiro, LLC, and in support of their motion for an Order of Default, states as follows:

1. Plaintiff filed this mortgage foreclosure action in the Circuit Court of Cook County on April 17, 2008.

2. Defendants Lindsay Jenkins and 30 East Huron Condominium Association were served with process on April 28, 2008. Copies of the returns of service are attached hereto as Exhibit A.

3. Defendant Lindsay Jenkins removed this case to the United States District Court on May 16, 2008.

4. On July 17, 2008, this Honorable Court ordered Defendant Lindsay Jenkins to answer or otherwise plead to the complaint on or before August 8, 2008.

5. Defendant Lindsay Jenkins failed to answer or otherwise plead by August 8, 2008.

WHEREFORE, Plaintiff respectfully requests that this Court enter an Order of Default against Defendants Lindsay Jenkins and 30 East Huron Condominium Association, set this matter over for prove up of the amount due to Plaintiff, and for such other and further relief as this court deems just.

Respectfully Submitted,

S/Joseph Mungovan Herbas
Bar Number 6277645
Attorney for Plaintiff
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL  60062
Telephone: (847) 291-1717
Fax: (847) 291-3434
E-Mail: jherbas@fisherandshapiro.com

# Exhibit A

# PROVEST, LLC

05/01/2008

977 N. OAKLAWN AVE. SUITE 203
ELMHURST, IL 60126

08-005018-1141717

IN THE CIRCUIT COURT OF _____ COOK _____ COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA;ET.SEQ
VS.
LINDSAY JENKINS et al

CASE NO. 08CH14301

## AFFIDAVIT OF SPECIAL PROCESS SERVER

TIM MCWARD _____, Being first duly sworn on oath desposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of ProVest, LLC, Department of Professional Regulation number 117-001336.

TYPE OF PROCESS: _____ SUMMONS AND COMPLAINT _____

DEFENDANT TO BE SERVED: _____ LINDSAY JENKINS _____

(X) Served  ( ) Non-Served the within named defendant on __4/28/08__ @ __6:15pm__

ADDRESS WHERE ATTEMPTED OR SERVED: 30 E HURON ST APT 4406
CHICAGO, IL 60611

THE SEX, RACE AND APPROXIMATE AGE OF THE DEFENDANT AND/OR OTHER PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
SEX: __F__ RACE: __W__ APPROXIMATE AGE: __60__

(X) INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally.

( ) SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with : _____
(Relationship) _____, a person residing therein who is of the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at this/her usual place of abode on _____

( ) CORPORATE OR GOVERNMENT SERVICE by leaving a copy of the process with: _____
(Title): _____, a person authorized to accept service and informed that person of the contents thereof.

( ) NON-SERVICE for reason that after diligent investigation found

ADDITIONAL COMMENTS:

Signature of Process Server

Subscribed and sworn before me this __2nd__ day of __May__, 2008

Signature of Notary Public

"OFFICIAL SEAL"
PATRICK SCHENDEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/08/08

## PROVEST, LLC                                    05/01/2008
### 977 N. OAKLAWN AVE. SUITE 203
### ELMHURST, IL 60126

08-005018-1141717

IN THE CIRCUIT COURT OF _____COOK_____ COUNTY, ILLINOIS
COUNTY DEPARTMENT - CHANCERY DIVISION

WASHINGTON MUTUAL BANK F/K/A WASHINGTON MUTUAL BANK, FA;ET.SEQ
VS.
LINDSAY JENKINS et al

CASE NO. 08CH14301

### AFFIDAVIT OF SPECIAL PROCESS SERVER

TIM MCWARD, Being first duly sworn on oath desposes and says that he/she was appointed by the Court to serve process in the above mentioned cause and/or is a special appointed process server, a licensed private investigator, and/or an employee/agent of ProVest, LLC, Department of Professional Regulation number 117-001336.

TYPE OF PROCESS: __SUMMONS & COMPLAINT__

DEFENDANT TO BE SERVED: __30 EAST HURON CONDOMINIUM ASSOCIATION__

X Served  Non-Served the within named defendant on __4/28/08__ @ __5:45pm__

ADDRESS WHERE ATTEMPTED OR SERVED:
C/O SUSAN SCHATZ
30 EAST HURON STREET
CHICAGO, IL 60611

THE SEX, RACE AND APPROXIMATE AGE OF THE DEFENDANT AND/OR OTHER PERSON WITH WHOM THE COPY OF THIS PROCESS WAS LEFT IS AS FOLLOWS:
SEX: __F__ RACE: __W__ APPROXIMATE AGE: __45__

( ) INDIVIDUAL SERVICE by delivering to the within named defendant a copy of this process personally.

( ) SUBSTITUTE SERVICE by leaving a copy of this process at his/her usual place of abode with : _____
(Relationship) _____, a person residing therein who is of the age of 13 years or upwards and informed that person of the contents thereof and that further mailed a copy of this process in a sealed envelope with postage paid addressed to the defendant at this/her usual place of abode on _____

X CORPORATE OR GOVERNMENT SERVICE by leaving a copy of the process with: __Susan Schatz__
(Title): __Prop Mgr__, a person authorized to accept service and informed that person of the contents thereof.

( ) NON-SERVICE for reason that after diligent investigation found

_____
_____
_____

ADDITIONAL COMMENTS:

Signature of Process Server

Subscribed and sworn before me th[is] 2nd day of MAY, 2008

Signature of Notary Public

"OFFICIAL SEAL"
PATRICK SCHENDEL
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/08/08

Fisher and Shapiro, LLC
File # 08-005018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Washington Mutual Bank f/k/a Washington Mutual Bank, F.A., <br> PLAINTIFF, <br><br> -vs- <br><br> Lindsay Jenkins, et al. <br> DEFENDANTS | NO. 08 C 2874 <br><br> Judge Robert W. Gettleman |

## ORDER OF DEFAULT

This matter coming to be heard on Plaintiff's Motion for an Order of Default against Defendants Lindsay Jenkins and 30 East Huron Condominium Association, due notice having been given, and the court being fully advised;

IT IS HEREBY ORDERED that Defendants Lindsay Jenkins and 30 East Huron Condominium Association are in default and the complaint is confessed against said defendants.  This matter is continued to _____ at _____a.m. for prove up of the amount due to Plaintiff.


Dated:_____     ENTER:_____
                                               Judge

FISHER and SHAPIRO, LLC
4201 Lake Cook Road
Northbrook, Illinois 60062
(847) 291-1717