Fisher and Shapiro, LLC
File # 08-005018

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Washington Mutual Bank f/k/a Washington Mutual Bank, F.A., PLAINTIFF, -vs- Lindsay Jenkins, et al. DEFENDANTS | NO. 08 C 2874 Judge Robert W. Gettleman |

## NOTICE OF MOTION

TO:  -Lindsay Jenkins, 30 East Huron Street, Unit 4406, Chicago, IL 60611
  -Lindsay Jenkins, 300 Burns Street, Forest Hills, NY 11375
  -30 East Huron Condominium Association, c/o Susan Schatz, 30 East Huron Street, Chicago, IL 60611

On August 20, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, I shall appear before the Honorable Judge Gettleman, Courtroom 1703, or any other Judge presiding in his place in the United States Federal Courthouse located at 219 SOUTH DEARBORN, CHICAGO, IL 60604, and shall then request a hearing instanter on Plaintiff's Motion for an Order of Default against Defendants Lindsay Jenkins and 30 East Huron Condominium Association.

Respectfully submitted,

Washington Mutual Bank f/k/a Washington Mutual Bank, F.A.,

S/Joseph Mungovan Herbas
Bar Number 6277645
Attorney for Plaintiff
Fisher and Shapiro, LLC
4201 Lake Cook Road
Northbrook, IL  60062
Telephone: (847) 770-4240
Fax: (847)291-3434
E-Mail: jherbas@fisherandshapiro.com

## **CERTIFICATE OF SERVICE**

      I, the undersigned, an attorney certify that I electronically filed the Notice of Motion and Motion for Default with the Clerk of the Court using the CM/ECF system on August 13, 2008 and I hereby certify that I have served this Notice of Motion and Motion for Default on August 13, 2008 to the above named parties at the addresses listed above by regular mail.

                                  S/Joseph Mungovan Herbas
                                  Bar Number 6277645