

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF ILLINOIS
                        EASTERN DIVISION
```

**FILED**
Aug 19, 2008
AUG 19 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

```
WASHINGTON MUTUAL BANK        )
                              )
         Plaintiff,           )
                              )
    vs.                       )    No 08 C 2874
                              )
LINDSAY JENKINS, ET AL.,      )    Judge Gettleman
                              )
         Defendants.          )
```

## OPPOSITION TO ENTRY OF DEFAULT

1. Plaintiff is away from Chicago this summer, and her mail is being forwarded. She thought the mail would be forwarded as it arrives, but the post office holds the mail and forwards it only infrequently.

2. Defendant only got the Court's order last week. She is responding in a timely fashion and asks the Court to deny Plaintiff's motion for default.

3. Defendant has filed her Answer and a Motion to Dismiss.

Dated: August 18, 2008

Respectfully submitted,

*[signature: Lindsay Jenkins]*

LINDSAY JENKINS
300 Burns Street
Forest Hills, NY 11375
Tel. (888) 552-2194
Fax  (888) 696-3799
(not to exceed 10 pp. fax)


CERTIFICATE OF SERVICE

I certify I have served opposing counsel, Fisher and Shapiro, 4201 Lake Cook Road, Northbrook, IL 60062 via fax to (847) 291-3434 on June 10, 2008.

*[signature: Lindsay Jenkins]*

LINDSAY JENKINS