## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Robert W. Gettleman | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 2874 | **DATE** | 8/20/2008 |
| **CASE TITLE** | Washington Mutual    vs    Lindsay Jenkins | | |

**DOCKET ENTRY TEXT:**

Status hearing held.
Status hearing continued to 9/4/2008, at 9:00 a.m.

[Docketing to mail notice]

00:05

| | Courtroom Deputy | GDS |
|---|---|---|